**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jerry Waldron, | Civil No. 07-3200 (RHK/AJB) |
| Plaintiff, | **ORDER FOR REMAND** |
| v. | |
| J.C. Penney Corporation, Inc., | |
| Defendant. | |

---

This matter came before the undersigned, pursuant to a Stipulation of the parties to remand the above-captioned matter to Minnesota state district court in Carver County. Based upon this Court's review of the Stipulation and all files, records and proceedings herein, **IT IS ORDERED** that this matter is remanded to state district court in the First Judicial District of Minnesota, Carver County.

Dated:  August 10, 2007

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge